IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | Case No. 2:24-md-3094-KSM<br><br>MDL 3094 |
| THIS DOCUMENT RELATES TO: | JUDGE KAREN SPENCER MARSTON |
| JOHN F. ZAVALA | Plaintiff Case NO: 2:26-cv-999 |

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, by and through the undersigned counsel, file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff(s) adopt(s) and incorporate(s) by reference the allegations, claims, and the relief sought in *Plaintiffs' Master Long Form Complaint and Demand for Jury Trial ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff(s) file(s) this *Short-Form Complaint* as required by Case Management Order ("CMO") No. 22 .

**IDENTIFICATION OF PARTIES**

**Plaintiff(s)**

1. Full (first, middle, and last) name of injured/deceased Plaintiff due to use of GLP-1 RA Product(s): JOHN F. ZAVALA .

2. If applicable, full name(s) and representative capacity of Plaintiff(s) alleging wrongful death claim: _____,

as _____ of the estate of _____, deceased.

3. If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s): _____.

4. If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: _____.

**Defendant(s)**

5. Plaintiff(s)/Decedent is/are suing the following Defendant(s) (check all that apply):

   [✔] Novo Nordisk Inc.

   [✔] Novo Nordisk A/S

   [ ] Eli Lilly and Company

   [ ] Lilly USA, LLC

   [ ] other(s) (identify): _____

## JURISDICTION AND VENUE

6. City and state of Plaintiff's/Decedent's current/last permanent residence:

   New Braunfels , TX

7. State where Plaintiff/Decedent was prescribed GLP-1RA(s) at issue:

   Texas

8. State of Plaintiff's/Decedent's residence at time of GLP-1RA use:

   Texas

9. City and state of Plaintiff's/Decedent's residence at time of diagnosis of injury:

   New Braunfels, TX

10. Jurisdiction is based on:

   [✔] diversity of citizenship pursuant to 28 U.S.C. § 1332

   [ ] other (plead in sufficient detail as required by applicable rules):

   _____

   _____ .

11. District Court(s) where Plaintiff(s) might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 22, and/or to where remand could be ordered:

   _____

12. Venue is proper in the District Court Identified in Paragraph 11 based on:

   [✔] a substantial part of the events and omissions giving rise to Plaintiff(s)' claims occurred there

   [ ] other (plead in sufficient detail as required by applicable rules):

   _____

   _____ .

13. If applicable, identify the citizenship of any additional Defendant(s) named above:

   _____

**PRODUCT USE**

14. Plaintiff/Decedent used the following GLP-1 RA Product(s), for which claims are being asserted in this case (check all that apply):

    [✔] Ozempic (semaglutide)

    [ ] Wegovy (semaglutide)

    [ ] Rybelsus (oral semaglutide)

    [ ] Victoza (liraglutide)

    [ ] Saxenda (liraglutide)

    [ ] Trulicity (dulaglutide)

    [ ] Mounjaro (tirzepatide)

    [ ] Zepbound (tirzepatide)

    [ ] other(s) (specify): _____

15. To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the approximate date range(s) (month and year) (if multiple products, specify date range(s) for each product):

    August 2023 - March 2024

## INJURIES AND DAMAGES

16. To the best of Plaintiffs(s) knowledge, as result of using GLP-1 RA Product(s), Plaintiff/Decedent suffered the following injuries (check all that apply):

- [✓] Gastroparesis and/or its sequelae
- [ ] Other gastro-intestinal injuries (specify) _____
- [ ] Ileus and/or its sequelae
- [ ] Ischemic Bowel/Ischemic Colitis
- [ ] Necrotizing Pancreatitis
- [ ] Gallbladder Injury and/or its sequelae (specify) _____
- [ ] Micronutrient Deficiency
- [ ] Wernicke's encephalopathy
- [ ] Deep Vein Thrombosis/Pulmonary Embolism[1]
- [ ] Aspiration
- [ ] Death
- [ ] Additional/Other(s) (specify): _____

17. Plaintiffs(s) injuries occurred in approximately (month and year)?

Diagnosis of Gastroparesis March 2024 _____

_____

_____

---

[1] On December 12, 2024, the Judicial Panel on Multidistrict Litigation issued an order declining to transfer into the MDL a case asserting that a plaintiff took a GLP-1RA and developed Deep Vein Thrombosis. *In re Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liab. Litig.*, — F. Supp. 3d —, No. MDL 3094, 2024 WL 5116611, at *1 (J.P.M.L. 2024). The JPML deemed primary claims of deep vein thrombosis ("DVT") injuries are not now properly within the scope of this MDL. However, Plaintiffs assert claims for "secondary conditions" that may include allegations that certain injuries resulted from gastrointestinal conditions, which include DVT and pulmonary embolism, muscle wasting, vitamin and micronutrient deficiencies, and Wernicke's encephalopathy as alleged in the Master Complaint ¶¶ 41, 80-91.

_____

18. In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

    - [✔] Injury to self
    - [ ] Injury to person represented
    - [✔] Economic loss
    - [ ] Wrongful death
    - [ ] Survivorship
    - [ ] Loss of services
    - [ ] Loss of consortium
    - [ ] other(s) (specify): _____

**CAUSES OF ACTION**

19.  In addition to adopting and incorporating by reference the operative Master Long Form Complaint and Jury Demand as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the operative Master Long Form Complaint and Jury Demand (check all that apply):

- [✓] Count 1: Failure to Warn – Negligence
- [✓] Count 2: Failure to Warn – Strict Liability
- [✓] Count 3: Breach of Express Warranty / Failure to Conform to Representations
- [✓] Count 4: Breach of Implied Warranty
- [✓] Count 5: Fraudulent Concealment / Fraud by Omission
- [✓] Count 6: Fraudulent/Intentional Misrepresentation
- [✓] Count 7: Unfair Trade Practices /Consumer Protection
- [✓] Count 8: Negligent Misrepresentation/Marketing
- [✓] Count 9: Strict Product Liability Misrepresentation/Marketing
- [✓] Count 10: Innocent Misrepresentation/Marketing
- [✓] Count 11: Negligent Design
- [✓] Count 12: Strict Liability Design Defect
- [✓] Count 13: Negligence
- [✓] Count 14: Negligent Undertaking
- [ ] Count 15: Wrongful Death
- [ ] Count 16: Loss of Consortium
- [ ] Count 17: Survival Action
- [ ] Other(s) (specify, and on separate pages, plead additional facts supporting any above claim or additional claims in sufficient detail as required by applicable rules):

_____

_____

20. Do(es) any state Product Liability Act or other statute(s) define the parameters of any or all your claim(s)? If so, identify the Statute or Rule and identify which Counts marked above, if any, the statute(s) apply. (add factual allegations if not already set forth):

    _____

    _____

    _____

21. If required by statute, Did you provide pre-suit notice to Defendant(s)? _____. If so, attach.

### RELIEF

Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Long Form Complaint and Jury Demand*, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

### JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.


Date: 2/17/2026

By:    /s/ Ruth Rizkalla

Ruth Rizkalla
The Carlson Law Firm
1230 Rosencrans Ave #300
Manhattan Beach, CA 90266
Tel: (800) 359-5690
Email: RRizkalla@carlsonattorneys.com